IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HVLPO2, LLC, a Nebraska limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>OXYGEN FROG, LLC, a Florida limited liability company;  STILLWATER GLASS, LLC, an inactive Florida limited liability company; and SCOTT D. FLEISCHMAN,<br><br>Defendants. | **8:15CV176**<br><br>**ORDER** |

Defendant Fleischman, the alleged "owner, officer, agent, and/or employee" of Defendants Oxygen Frog, LLC and Stillwater Glass, LLC, has filed a motion to transfer this case, on behalf of all the defendants. (Filing No. 10).   The motion is filed pro se and signed by Defendant Fleishman.  The motion is not supported by evidence or a brief as required under the court's rules.  See NECivR 7.1.  Moreover, a limited liability company cannot litigate in this forum without representation by licensed counsel.  Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994).

Accordingly,

1)   Defendants' motion to transfer, (Filing No. 10), is denied without prejudice.

2)   On or before July 1, 2015, Defendants Oxygen Frog, LLC, and Stillwater Glass, LLC, shall obtain the services of counsel and have that attorney file an appearance on its behalf, in the absence of which the court may file an entry and/or judgment of default against them without further notice.

June 10, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge